IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Charles W. Pierson, | : |
| Plaintiff, | : |
| v. | : Case No. 2:07-cv-0522 |
| Michael J. Astrue, | : JUDGE SARGUS |
| Commissioner of Social Security, | MAGISTRATE JUDGE KEMP |
| | : |
| Defendant. | |

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 9, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained and this case is remanded to the defendant Commissioner for a determination of whether plaintiff was under a disability at any time prior to the expiration of his insured status on December 31, 2004.

Date: 8-8-2008

Edmund A. Sargus, Jr.
United States District Judge