AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHARLES W. PIERSON,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**      **CASE NO. C2-07-0522**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendant.**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the ORDER filed August 8, 2008, JUDGMENT is hereby entered REMANDING this case for further proceedings.  This case is DISMISSED.

Date:  August 8, 2008      JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk